**George ESTES, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 87835.**

Missouri Court of Appeals,
Eastern District,
Division Four.

Dec. 5, 2006.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Jan. 18, 2007.

Application for Transfer Denied
Feb. 27, 2007.

Gwenda Renee' Robinson, St. Louis,
MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen.,
Jayne T. Woods, Jefferson City, MO, for
respondent.

Before ROY L. RICHTER, P.J.,
KATHIANNE KNAUP CRANE, J., and
SHERRI B. SULLIVAN, J.

*ORDER*

PER CURIAM.

George Estes appeals the judgment denying his Rule 29.15 motion without an evidentiary hearing. We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum *for their information only, setting forth the* facts and reasons for this order.

The judgment is affirmed pursuant to
Rule 84.16(b).